1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS, | Case No. 1-20-cv-01576-AWI-EPG |
| Plaintiff, | ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| v. | |
| 3K INVESTMENT COMPANY, LLC, | |
| Defendant. | (ECF No. 9) |

On January 26, 2021, Plaintiff George Avalos filed a notice of voluntary dismissal of this entire action with prejudice. (ECF No. 9.) Defendant has not filed either an answer or a motion for summary judgment. Accordingly, in light of the notice, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:   **January 27, 2021**            /s/ *Erica P. Grosjean*
                                         UNITED STATES MAGISTRATE JUDGE